FILED

2024 MAR 14 PM 3:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY DNE

IFP Submitted

Name: Rhonda Johnson Pawnell

Address: 5355 Stonehaven Dr #206

Yorba Linda, Ca 92887

Phone: 714-471-5284

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Rhonda Johnson Pawnell

Plaintiff

v.

Sean Carter

Defendant(s).

CASE NUMBER:

8:24-cv-00551-JWH-(KESx)

To be supplied by the Clerk of
The United States District Court

**COMPLAINT**

I met with Sean Carter in our home in 1978, a friend brought him over whiII recorded the song Umbrella. He recorded his first time ever with me on the song.

in 1982, I talked to him via a phone and he asked if he could use the song Once in a lifetime for an artist.. I told him that he could. I also recorded Crazy in Love whom he was going to give to an Artist. I had another song Me Myself and I and I recorded and videoed this song with another high school friend Charles T Harris Jr. whom I had known since 7th grade.

Later I went to Universal Music Group ?geffen Records to check on my Songs and he was in the office and before I could speak with him a woman came through screaming his name. Saying for security to get his hands off of her. Her brother is a Police. Who is now in Prison named Peter Mcguire for kidnapping. I left fearing for my safety.

I later went to the Harry Fox Agency and uploaded songs to a Songfile which costed 100.00 at the time. None of the songs I gave him in total four Me, Myself and I, Once in a Lifetime, Umbrella

1. have me as a Songwriter or an Artist.
2. All of them do list him and his wife.
3. I am to be given 50% songwriter royalties ansd 10% publishing Copyrights of each song on all the
4. Digital service providers

*Rhonda Johnson Paunell*
03-14-2024