# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:24-cv-00551-DOC (KESx)     Date: June 18, 2024

Title: RHONDA JOHNSON PAWNELL V. SEAN CARTER

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Rolls Royce Paschal For Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

On May 21, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Dkt. 24). The Court ordered Plaintiff to submit a response in writing no later than May 28, 2024, showing cause why the action should not be dismissed for lack of prosecution. *Id.*

Plaintiff has submitted several documents labeled as proofs of service in support of her prior deficient application for default. (Dkts. 25-30). In order to seek an entry of default, however, Plaintiff must file a new application/request for default with the Clerk with the errors identified in the Notice of Deficiency (Dkt. 22) corrected. Plaintiff is **ORDERED** to submit a new application/request with the Clerk or otherwise respond in writing why this case should not be dismissed for lack of prosecution by **June 25, 2024**.

      The Court recommends Plaintiff seek assistance at the Santa Ana Federal Pro Se Clinic, located:

Ronald Reagan Federal Building

and United States Courthouse

411 W. 4th Street, Room 1055 (first floor)

Santa Ana, CA 92701

More information is available here: https://prose.cacd.uscourts.gov/santa-ana

      The Clerk shall serve this minute order on the parties.

| | |
|---|---|
| MINUTES FORM 11<br>CIVIL-GEN | Initials of Deputy Clerk: rrp |